# PAUL J. SOLDA

EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4400
NEW YORK, NEW YORK 10118

(212) 967-3393

ADMITTED IN:
NEW YORK
PENNSYLVANIA
CONNECTICUT
WASHINGTON, D.C.

PENNSYLVANIA OFFICE:
100 W. ELM STREET, SUITE 400
CONSHOCKEN, PA 19428
(610) 644-5900

May 17, 2010

Chambers Hon. J. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  Civ Action No. CV 09 0260; F BIFULCO  vs.  MORTGAGE ZONE, INC,
A BREEKER, ET.AL.

Dear Honorable Sir:

Please take notice that this office represents the interests of
MORTGAGE ZONE, INC, and ALAN BREEKER.  We felt compelled to
submit a response to Plaintiff's attorney's letter dated May 14, 2010:

We must first mention that it is with regret that Mr. Breecker has
been unable to provide the additional labor/human resource information -
sought by the Plaintiffs .  He has exhaustively searched his limited files on
the matter and could only provide the employee roster proffered in April,
2010.

We take offense, however,  to the continued mis-characterizations by
Attorney Langeland - of Mr. Breecker's alleged defaults and "...disturbing
pattern of dodging the Court...".   His letter follows a long line of
dispersions cast upon my clients alleging willfulness.  To call Mr. Breecker
in default, is simply  inappropriate under the circumstances.  It cannot be
overlooked that Mr. Breecker is the only defendant who has appeared and
interposed a defense to this action.

To reiterate, Mr. Breecker did present a list of MORTGAGE ZONE
employees who may, in fact, fit the plaintiff's class agenda. Unfortunately,
that is all that he information he possesses - relative to this discovery.
Mr. Breecker advised the Court that his ex-partner, Mr. Evans - would
probably be the person best suited to provide any

Chambers Hon. J. Bianco
US District Court, EDNY
May 14, 2010
p. 2

supplemental information[1].   It should be further noted that
Mr. Evans has been unreachable - for well over a year now[2].

So where does all this leave us?   My client has and will always be
ready and willing to respond to this Court.   Mr. Breecker has appeared in
this action,  duly submitted an *answer* and argues that MORTGAGE ZONE
did not violate any labor laws.   He has the right - and should continue to
have that right -to set forth such defenses.    As the only appearing
defendant, is it equitable to even contemplate punishing such a party for
no due fault of his own?   We think not and submit that Plaintiff's attorney
is the one who has dithered by not pursuing the other recognized options
for his discovery needs.

Thank you for your time and consideration.

Yours truly,

*Paul J. Solda*

Paul J. Solda

cc.  E. Langeland, Esq.

---

[1]  This office notably advised same to Attorney Langeland last year and suggested they contact Mr. Evans' attorney - M. Klotsche.

[2]  I discussed this with the Court during argument per the certification motion (September, 2009).