**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **FRANK BIFULCO and SAM MILLER, Individually, and on Behalf of All Others Similarly Situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | **Case No.  09 CV 260 (WFK)** |
| **v.** | ) ) | |
| **THE MORTGAGE ZONE, INC., ALAN BREECKER and JONATHAN EVANS,** | ) ) ) | **ECF CASE** |
| | ) ) | |
| **Defendants.** | ) | |

### STIPULATED JUDGMENT ORDER

Plaintiffs, Frank Bifulco and Sam Miller, individually and on behalf of all others similarly situated and Defendants, The Mortgage Zone and Jonathan Evans stipulate to the entry of judgment in this matter, jointly and severally, in the amount of $650,000.00.

IT IS HEREBY ORDERED that judgment is entered for Frank Bifulco and Sam Miller, individually and on behalf of all others similarly situated, and against Defendants The Mortgage Zone and Jonathan Evans jointly and severally, in the amount of $650,000.00.

Respectfully submitted,

/s/ Erik H. Langeland
Erik H. Langeland
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
Phone: (212) 354-6270
Fax: (212) 898-9086
elangeland@langelandlaw.com

James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550

/s/ James Vagnini
James Vagnini
Valli Kane & Vagnini, LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: 516-203-7180
ATTORNEY FOR DEFENDANTS THE
MORTGAGE ZONE AND JONATHAN
EVANS

(312) 233-1560 (Fax)

ATTORNEYS FOR PLAINTIFFS

Dated: 30ᵗʰ day of Nov., 2012                    BY THE COURT:

                                                      s/WFK

                                                 William F. Kuntz, U.S.D.J.