IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FRANK BIFULCO and SAM MILLER, )
Individually, and on Behalf of All Others )
Similarly Situated, )
)
Plaintiffs, )
) Case No. 09 CV 260 (JFB/ETB)
v. )
)
THE MORTGAGE ZONE, INC., ALAN ) ECF CASE
BREECKER and JONATHAN EVANS, )
)
)
Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the above-entitled action be, and the same hereby is, discontinued with prejudice as against defendant Alan Breecker, each party to bear its own costs.

DATED: as of January 24, 2013

Respectfully submitted,

_____
Erik H. Langeland
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
Phone: (212) 354-6270
Fax: (212) 898-9086
elangeland@langelandlaw.com

James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550

_____
Alan Breecker

(312) 233-1560 (Fax)

ATTORNEYS FOR PLAINTIFFS