IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FRANK BIFULCO and SAM MILLER, )
Individually, and on Behalf of All Others )
Similarly Situated, )
                                    )
           Plaintiffs, )
                                    ) Case No. 09 CV 260 (JFB/ETB)
v. )
                                    )
THE MORTGAGE ZONE, INC., ALAN ) ECF CASE
BREECKER and JONATHAN EVANS, )
                                    )
           Defendants. )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the above-entitled action be, and the same hereby is, discontinued with prejudice as against defendant Alan Breecker, each party to bear its own costs.

DATED: as of January 24, 2013

Respectfully submitted,

_____           _____
Erik H. Langeland                                 Alan Breecker
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
Phone: (212) 354-6270
Fax: (212) 898-9086
elangeland@langelandlaw.com

James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550

(312) 233-1560 (Fax)

ATTORNEYS FOR PLAINTIFFS

The application is ✓ granted.
SO ORDERED     ___ denied.
   s/WFK

William F. Kuntz, II, U.S.D.J.
Dated: February 1, 2013
       Brooklyn, New York